ruary 13, 1907, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon two undertakings on appeal.

*Paul E. De Fere* for appellant.

*Austen G. Fox* and *Henry M. Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD-BARTLETT and CHASE, JJ.

---

SOUTH BAY COMPANY, Respondent, *v.* WILLIAM J. HOWEY, Appellant.

(Submitted January 27, 1908; decided January 31, 1908.)

Motion to amend remittitur denied, without costs. (See 190 N. Y. 240.)

---

ISAAC P. SMITH, as Executor of and Trustee under the Will of CHARLES G. HAVENS, Deceased, Respondent, *v.* HAVENS RELIEF FUND SOCIETY et al., Respondents, and HARRIET A. PARMLY et al., Appellants.

(Submitted January 27, 1908; decided January 31, 1908.)

Motion to amend remittitur denied, with ten dollars costs. (See 190 N. Y. 557.)

---

WILLIAM R. HEARST, Appellant, *v.* GEORGE B. McCLELLAN, as Mayor of the City of New York, et al., Respondents.

*Hearst v. McClellan,* 116 App. Div. 928, affirmed.
(Argued January 20, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered September 20, 1907, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court

on trial at Special Term in a taxpayer's action to restrain the defendants from auditing and paying certain bills for electric lighting.

*Clarence J. Shearn* for appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER and HISCOCK, JJ. Not sitting: GRAY and WILLARD BARTLETT, JJ.

---

LENA C. BUCKLEY, Appellant, *v.* FRANK W. ELSTROTH, Individually and as Administrator of the Estate of GEORGE H. ELSTROTH, Deceased, et al., Respondents.

*Buckley* v. *Elstroth*, 120 App. Div. 885, affirmed.
(Argued January 21, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1907, affirming a judgment in favor of defendants entered upon a verdict and an order denying a motion for a new trial in an action of partition.

*Don Valentine Harwood* for appellant.

*Edgar Whitlock* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

THE TOWN OF WALTON, Respondent, *v.* HUGH ADAIR, Appellant.

*Town of Walton* v. *Adair*, 111 App. Div. 817, affirmed.
(Argued January 21, 1908; decided February 18, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April